**CHRIS DANIEL**
**HARRIS COUNTY DISTRICT CLERK**
**CIVIL/FAMILY POST TRIAL**

**DATE: <u>March 22, 2018</u>**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/22/2018 4:52:39 PM
CHRISTOPHER A. PRINE
Clerk

**FIRST COURT OF APPEALS INFORMATION SHEET BY TRIAL COURT CLERK**

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the First Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number* <u>01-18-00192-CV</u>

*Trial Court Case Number:*<u>2017-00441</u>

*Trial Court Number* <u>311TH</u>

---

**Information from Trial Court Clerk**

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

**XXX** The clerk's record will not be filed by the original due date. (Please state reasons below)
Reason(s): **The Appellant filed their notice of appeal well after the due date of the original clerks record. It appears that casefile is voluminous in size and in order fully prepare the clerks record more time is needed ..**

I believe I can file the clerk's record by **<u>4/13/18</u>**, and I request an extension.

Appellant has not made payment arrangements.
_____ Appellant has been notified that the clerk's record is ready.
_____ Appellant has made payment arrangements.

**Clerk's Signature: <u>/S/ DUANE C. GILMORE</u>**
          DUANE C. GILMORE,
          Civil/Family Post Trial Clerk
          Harris County District Clerk

District Clerk's LetterOnReceipt NOAatt.wpd